## THE MARKS LAW FIRM, P.C.

September 12, 2025

**VIA PACER**
Hon. Katherine Polk Failla
United States District Court, SDNY
40 Foley Square, Courtroom 618
New York, NY 10007



        RE:        Pierre v. Fashion Retail NYC LLC, et al.
                   Case No.:       1:24-cv-06895-KPF
                   **Joint Request for Extension of Time to Reopen/Restore**

Dear Judge Failla,

      The undersigned represents Plaintiff Jocelyn Pierre in this matter. The parties jointly respectfully request an extension of time to file the Stipulation of Dismissal from **September 15, 2025** [Dkt. 44], to **October 17, 2025**. The reason for the extension is that the parties continue to work expeditiously to conclude this matter, and to that end, fully executed the confidential settlement agreement earlier this week. The parties are now in the process of diligently working to consummate the settlement in the coming weeks, but ask for the additional time in anticipation of delays occasioned by the upcoming Jewish holidays. This is the third request for an extension of this nature, both prior requests have been granted.

      Thank you for your attention to and consideration of the above.

                                 Jointly respectfully submitted,

                                 Darren R. Marks

CC:       **_VIA PACER_**
             All Parties

155 East 55th Street, Suite 4H • New York, New York 10022
T: (646) 960–7820 • F: (646) 867–2639 • darren@markslawpc.com
www.markslawpc.com

Application GRANTED.  The deadline to file the Stipulation of Dismissal following the Court's conditional order of discontinuance (Dkt. #40) is hereby EXTENDED to **October 17, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 45.

Dated:    September 15, 2025          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE